UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HERMAN E. BASS, :

                       Plaintiff, :

            v. :

ANDREW M. SAUL, :
Commissioner of Social Security,
                                :

                     Defendant.
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**REVISED SCHEDULING ORDER**

19 Civ. 7869 (JGK)

       IT IS HEREBY ORDERED, that the schedule for this case is amended as follows:

1. Defendant shall file a cross-motion for judgment on the pleadings by August 6, 2020.

2. Plaintiff shall file any reply by August 27, 2020.

       So Ordered.

Dated:     New York, New York
             July __3__, 2020

                                           /s/ John G. Koeltl
                                           JOHN G. KOELTL
                                           UNITED STATES DISTRICT JUDGE